**TIFFANY & BOSCO**
P.A.

**2525 EAST CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Dated: October 08, 2009

_____
**GEORGE B. NIELSEN, JR**
**U.S. Bankruptcy Judge**
_____

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

09-22270/0005673870

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>John c. Gault<br>       Debtor.<br>_____<br>National City Mortgage Company<br>       Movant,<br>   vs.<br>John c. Gault, Debtor, David M. Reaves, Trustee.<br>       Respondents. | No. 2:09-BK-21068-GBN<br><br>Chapter 7<br><br>ORDER<br><br>(Related to Docket #14) |

    Movant's Motion for Relief from the Automatic Stay and Notice along with the form of proposed Order Lifting Stay, having been duly served upon Respondents, Respondents' counsel and Trustee, if any, and no objection having been received, and good cause appearing therefor,

    IT IS HEREBY ORDERED that all stays and injunctions, including the automatic stays imposed

by U.S. Bankruptcy Code 362(a) are hereby vacated as to Movant with respect to that certain real property which is the subject of a Deed of Trust dated July 24, 2007 and recorded in the office of the Maricopa County Recorder wherein National City Mortgage Company is the current beneficiary and John c. Gault has an interest in, further described as:

> PARCEL ONE:
> UNIT 270, OF PORTLAND PLACE CONDOMINIUMS, PHASE I ,A CONDOMINIUM AS CREATED BY THAT CERTAIN DECLARATION RECORDED AUGUST 2, 2005 AS 20051094650 AND AN AMENDMENT RECORDED JUNE 19, 2007 AS 2007-0703424, BOTH OF OFFICIAL RECORDS AND SHOWN ON THE PLAT OF SAID CONDOMINIUM RECORDED AS BOOK 764 OF MAPS, PAGE 36, IN THE OFFICE OF THE COUNTY RECORDER OF MARICOPA COUNTY, ARIZONA.
>
> PARCEL TWO:
> AN EXCLUSIVE RIGHT TO USE PARKING SPACE 132 AND 133, A LIMITED COMMON ELEMENT AS DESCRIBED IN THE ABOVE MENTIONED CONDOMINIUM DECLARATION.

IT IS FURTHER ORDERED that Movant may contact the Debtor(s) by telephone or written correspondence regarding a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtors. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtors if Debtors' personal liability is discharged in this bankruptcy case.

IT IS FURTHER ORDERED that this Order shall remain in effect in any bankruptcy chapter to which the Debtor may convert.

DATED this ____ day of _____, 2009.

_____
JUDGE OF THE U.S. BANKRUPTCY COURT